1  CUAUHTEMOC ORTEGA (Bar No. 257443)
   Federal Public Defender
2  MICHAEL L. BROWN II (Bar No. 338623)
   (E-Mail: Michael_l_Brown@fd.org)
3  Deputy Federal Public Defender
   321 East 2nd Street
4  Los Angeles, California 90012-4202
   Telephone: (213) 894-5327
5  Facsimile: (213) 894-0081

6  Attorneys for Defendant
   DAVID KAGEL

7

8              UNITED STATES DISTRICT COURT

9              CENTRAL DISTRICT OF CALIFORNIA

10                    WESTERN DIVISION

11

12 | UNITED STATES OF AMERICA,      Case No. 2:23-cr-00313-DSF
13 |              Plaintiff,         **DEFENDANT'S *EX PARTE*
                                     APPLICATION TO APPEAR AT
14 |         v.                      ARRAIGNMENT VIA
                                     TELECONFERENCE;
15 | DAVID KAGEL,                    DECLARATION OF MICHAEL L.
                                     BROWN II**
16 |              Defendant.
                                     Hearing Date: September 6, 2023
17                                   Hearing Time: 1:00 p.m.

18

19      Defendant David Kagel, by and through his attorneys of record, Deputy Federal

20 Public Defender Michael L. Brown, hereby submits this *Ex Parte* Application for Mr.

21 Kagel to appear at his arraignment via video conference/telephonically. This

22 application is based on the attached declaration of counsel.

23                               Respectfully submitted,

24                               CUAUHTEMOC ORTEGA
                                 Federal Public Defender
25

26
27 DATED: June 30, 2023        By  /s/ *Michael L. Brown II*
                                   MICHAEL L. BROWN II
28                                 Deputy Federal Public Defender
                                   Attorney for David Kagel

# DECLARATION OF MICHAEL L. BROWN II

I, MICHAEL L. BROWN II, declare:

1. I am an attorney of record assigned to represent David Kagel in *United States v. DAVID KAGEL*, Case No. 2:23-cr-00313-SB-1.

2. Mr. Kagel is 86 years old and currently receiving hospice care at Liberty Creek Hospice in Las Vegas, Nevada. *See* Ex. A (Liberty Creek Ltr.).

3. Due to Mr. Kagel's declining health, travel to Los Angeles for this hearing would present an extreme hardship.

4. For all these reasons, I am requesting that Mr. Kagel be allowed to attend his arraignment and potentially all other pretrial hearings via teleconference should bond be granted in this matter.

5. On June 28, 2023, I reached out to the government who does not have a position on this matter.

6. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on June 30, 2023, at Los Angeles, California.

/s/ MICHAEL L. BROWN II          .
MICHAEL L. BROWN II